IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>HALLIE DELEON,<br><br>    Defendant. | 4:23CR3079<br><br>**ORDER** |

  Defendant has filed a motion to review her detention. (Filing No. 19). The motion, recited hereafter in its entirety, states:

> In support of the Motion, counsel states that Defendant's state cases have been resolved. Accordingly, the Release plan for Defendant is to be released from Buffalo County and reside with her Grandfather in Grand Island until her sentencing.

(Filing No. 19).

  During the detention hearing held at the close of Defendant's change of plea hearing, the court specifically instructed Defendant that to be released, she must not only be released by Buffalo County, but she must also obtain a dual diagnosis evaluation and if residential treatment is recommended, locate a facility with a bed available. The court further instructed defense counsel to "work with Pretrial" in locating facilities that provide the recommended treatment, "and then . . . file the motion." (Filing No. 18, at CM/ECF p. 28).

  Based on the motion before me, Defendant has not complied with my specific instructions on how to raise a motion for her release; that is, she has not completed the prerequisites for filing a motion for release in this case.

Accordingly,

IT IS ORDERED that Defendant's motion for release from detention pending sentencing, (Filing No. 19), is denied.

Dated this 16th day of August, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge