IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:23CR3079 |
| vs. | |
| HALLIE DELEON, | ORDER |
| Defendant. | |

Contrary to the statements in her motion, Defendant has not been released from state custody, and she is not in Marshal custody at this time.

Accordingly,

IT IS ORDERED that Defendant's motion for release, (Filing No. 21), is denied.

Dated this 18th day of August, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge