IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>HALLIE DELEON,<br><br>                Defendant. | 4:23CR3079<br><br>**ORDER** |

Defendant has moved for release "to obtain a dual diagnosis evaluation," and "if residential treatment is recommended, locate a facility with a bed available." (Filing No. 24). The motion states "counsel will work with pretrial in locating facilities that provide the recommended treatment." Id.

Defense counsel has not communicated with pretrial services regarding this motion, and she has not suggested when and where the proposed evaluation is scheduled to occur and who will perform it. So, the court has insufficient information to evaluate the merits and grant the motion. Moreover, Defendant's sentencing is scheduled to be held in only two weeks. Even assuming if the court could grant Defendant's motion on the record before it, any recommended residential treatment would not be complete before the sentencing date.

Accordingly,

IT IS ORDERED that Defendant's motion, (Filing No. 24), is denied.

Dated this 28th day of September, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge