IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:23-CR-3079 |
| vs. | |
| HALLIE DELEON, | ORDER |
| Defendant. | |

This matter is before the Court on a letter from the defendant (filing 29) that was presented to the Court just moments before the sentencing hearing that had been scheduled for October 12, 2023. After further review of the letter, the Court will construe it as a motion to appoint new counsel, and after carefully examining the record and considering the circumstances, the Court will grant that motion.

IT IS ORDERED:

1. The defendant's *pro se* motion to appoint new counsel (filing 29) is granted.

2. The government's sealed motion (filing 34) is denied as moot.

3. The Federal Public Defender for the District of Nebraska is appointed, and shall promptly enter an appearance as counsel for the above-named defendant.

4. The Clerk shall provide a copy of this order to the Federal Public Defender and to the defendant at the address contained in filing 29.

5. The Clerk shall provide appointed counsel with copies of all sealed filings in this matter, including the Court's July 17 non-public remark and the sealed portions of the October 12, 2023 hearing before the undersigned.

6. The probation officer shall provide appointed counsel with copies of the revised presentence report dated September 18, 2023 and sentencing recommendation dated October 4, 2023.

7. Sentencing in this matter in this matter is set for November 7, 2023. Appointed counsel shall confer with the defendant and promptly file any necessary motions, including but not limited to a motion to continue sentencing, for pretrial release, or to withdraw the defendant's plea.

Dated this 17th day of October, 2023.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge